UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANITA FOSTER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BPI SPORTS, LLC; BPI SPORTS, HOLDINGS, LLC; and GENERAL NUTRITION CORPORATION<br><br>    Defendants. | Hon. John R. Blakey<br><br>Case No.: 14-09025 |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Anita Foster and Defendant BPI Sports, LLC, and BPI Sports Holdings, LLC hereby stipulate to dismissal of this action with prejudice as to the Plaintiff's individual claims, and without prejudice as to the claims of the putative class, with parties to bear their own attorneys' fees and costs.

Dated:  March 20, 2015                                  Respectfully submitted,

/s/ Todd M. Murphy (with permission)                    /s/ Edward A. Wallace

One of the attorneys for Defendants                     One of the attorneys for Plaintiffs
BPI Sports, LLC and BPI Sports Holdings,
LLC                                                     Edward A. Wallace
                                                        Amy E. Keller
Todd M. Murphy                                          **WEXLER WALLACE LLP**
**GORDON & REES LLP**                                   55 West Monroe Street
One North Franklin Street                               Suite 3300
Suite 800                                               Chicago, Illinois 60603
Chicago, IL  60606                                      Telephone:  (312) 346-2222
Direct: (312) 619-4902                                  Facsimile:  (312) 346-0022
Facsimile: (312) 565-6511                               eaw@wexlerwallace.com
Email: tmurphy@gordsonrees.com                          aek@wexlerwallace.com

*Attorney for Defendants BPI Sports, LLC, and BPI Sports Holdings, LLC.*

Nick Suciu III (*Pro Hac Vice*)
**BARBAT MANSOUR & SUCIU PLLC**
434 W. Alexandrine, #101
Detroit, MI 48201
Telephone: (313) 303-3472
nicksuciu@bmslawyers.com

Jordan L. Chaikin (*Pro Hac Vice*)
**PARKER WAICHMAN LLP**
27300 Riverview Center Blvd, Suite 103
Bonita springs, FL 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
jchaikin@yourlawyer.com

*Attorneys for Plaintiff Anita Foster*

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system on March 20, 2015. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to those registered by operation of the Court's electronic filing system.

               /s/ Edward A. Wallace