# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANITA FOSTER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BPI SPORTS, LLC; BPI SPORTS, HOLDINGS, LLC; and GENERAL NUTRITION CORPORATION<br><br>Defendants. | Hon. John R. Blakey<br><br>Case No.: 14-09025 |

## **CORRECTED NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Anita Foster hereby dismisses her Complaint against Defendant General Nutrition Corporation with prejudice pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not filed an answer or motion for summary judgment in this case, nor has Defendant made an appearance before the Court.

Dated: March 23, 2015

Respectfully submitted,

/s/ Edward A. Wallace

Edward A. Wallace
Amy E. Keller
**WEXLER WALLACE LLP**
55 West Monroe Street
Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com
aek@wexlerwallace.com

Nick Suciu III (*Pro Hac Vice*)
**BARBAT MANSOUR & SUCIU PLLC**
434 W. Alexandrine, #101
Detroit, MI 48201
Telephone: (313) 303-3472
nicksuciu@bmslawyers.com

Jordan L. Chaikin (*Pro Hac Vice*)
**PARKER WAICHMAN LLP**
27300 Riverview Center Blvd, Suite 103
Bonita Springs, FL 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
jchaikin@yourlawyer.com

*Attorneys for Plaintiff Anita Foster*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system on March 23, 2015. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to those registered by operation of the Court's electronic filing system.

/s/ Edward A. Wallace